**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6015**

---

BRIAN RICHARD JORDAN,

                                Petitioner - Appellant,

        versus

THOMAS CORCORAN, Warden,

                                Respondent - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey II, Senior District Judge.
(CA-00-461-H)

---

Submitted:  April 27, 2001          Decided:  June 7, 2001

---

Before WILKINS, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Lisa Jo Sansone, Baltimore, Maryland, for Appellant.  John Joseph
Curran, Jr., Attorney General, Ann Norman Bosse, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brian Richard Jordan seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Jordan's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Jordan v. Corcoran</u>, No. CA-00-461-H (D. Md. Dec. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>